STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LARRY L. BUTRICK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR00 00490 HG |
| Plaintiff, | INFORMATION |
| vs. | [8 U.S.C. §§ 1324(a)(1)(A)(iv)] |
| STEFANUS HENDRO HARJANTO, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

On or about November 26, 2000, in the District of Hawaii, defendant, STEFANUS HENDRO HARJANTO, for the purpose of private financial gain, did encourage and induce aliens, namely, Chang Fu Lin, aka, "Sugito" and Chun Min Chen, aka, "Danny Hardiman," to come to the United States knowing that such coming to the United States would be in violation of law.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

DATED: _December 27, 2000_, Honolulu, Hawaii.

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LARRY L. BUTRICK
Assistant U.S. Attorney

United States v. Stefanus Hendro Harjanto
"Information"
Cr. No. _____

2